United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 17-16711-amc
Robert C. Whitmire, Jr.                                                   Chapter 7
Cheryl A. Whitmire
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: admin              Page 1 of 2              Date Rcvd: Jan 12, 2018
                              Form ID: 318             Total Noticed: 23

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 14, 2018.
db/jdb         +Robert C. Whitmire, Jr.,    Cheryl A. Whitmire,    1334 Medary Ave,    Philadelphia, PA 19141-3344
13992629        Boscov's Comenity Bank,    P.O. Box 659622,    San Antonio, TX 78265-9622
13992626        Car Care/SYNCB/PEP Boys,    P.O. Box 5036,    Orlando, Fl 32896-5036
13992631       +Chestnut Hill Hospital,    1605 Valley Center Parkway STE 200,    Bethlehem, PA 18017-2345
13992632       +Encore,    400 N. Rogers Rd,    PO Box 3330,    Olathe, KS 66063-3330
13992619        Nationstar Mortgage LLC,    P.O. Box 650783,    Dallas, TX 75265-0783
13992627        Sears Payments,    P.O. Box 9001055,    Louisville, KY 40290-1055
13992628        Shell Card Payments,    P.O. Box 9001011,    Louisville, K Y 40290-1011
13992630       +Sunoco Rewards Card Payments,    P.O. Box 78056,    Phoenix, AZ 85062-8056
13992634       +Temple University,    P.O Box 827783,    philadelphia, PA 19182-7783

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: bankruptcy@phila.gov Jan 13 2018 01:54:41      City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jan 13 2018 01:54:15      U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
13992618        EDI: GMACFS.COM Jan 13 2018 01:43:00      Ally Bank Payment Processing Center,
                 P.O. Box 9001951,    Louisville, KY 40290-1951
13992621       +EDI: CAPITALONE.COM Jan 13 2018 01:43:00      Capital One,    Attn: General Correspondence,
                 PO Box 30285,    Salt Lake City, UT 84130-0285
13992633       +EDI: CHASE.COM Jan 13 2018 01:43:00      Chase,    P.O. Box 15123,    Wilmingtin, DE 19850-5123
13992635       +E-mail/Text: legal@delta.org Jan 13 2018 01:54:16      Delta Dental,    One Delta Drive,
                 Mechanicsburg, PA 17055-6999
13992623       +EDI: BLUESTEM Jan 13 2018 01:43:00      Fingerhut Credit Account Services,    PO Box 1250,
                 Saint Cloud, MN 56395-1250
13992622       +EDI: RMSC.COM Jan 13 2018 01:43:00      JC Penney,    P.O Box 960090,    Orlando. FL 32896-0090
13992624        EDI: RMSC.COM Jan 13 2018 01:43:00      Lowes,    PO Box 960010,    Orlando, Fl 32896-0010
13992625        EDI: MERRICKBANK.COM Jan 13 2018 01:38:00      Merrick Bank,    P.O. Box 660702,
                 Dallas, TX, 75266-0702
13993322       +EDI: PRA.COM Jan 13 2018 01:43:00      PRA Receivables Management, LLC,    PO Box 41021,
                 Norfolk, VA 23541-1021
14029908       +E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jan 13 2018 01:53:43
                 Pennsylvania Department of Revenue,    Bankruptcy Division PO BOX 280946,
                 Harrisburg, PA 17128-0946
13992620        EDI: RMSC.COM Jan 13 2018 01:43:00      Walmart MasterCard/SYNCB,    PO Box 960024,
                 Orlando, FL 32896-0024
                                                                                                TOTAL: 13

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
smg*            Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA   17128-0946
                                                                                   TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 14, 2018                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 11, 2018 at the address(es) listed below:
              CHRISTINE C. SHUBERT    christine.shubert@comcast.net, J100@ecfcbis.com
              DAVID J. AVERETT    on behalf of Debtor Robert C. Whitmire, Jr. averettlaw@comcast.net
              DAVID J. AVERETT    on behalf of Joint Debtor Cheryl A. Whitmire averettlaw@comcast.net
              REBECCA ANN SOLARZ    on behalf of Creditor   Nationstar Mortgage LLC d/b/a Mr. Cooper
               bkgroup@kmllawgroup.com

```
District/off: 0313-2          User: admin              Page 2 of 2              Date Rcvd: Jan 12, 2018
                              Form ID: 318             Total Noticed: 23
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
           United States Trustee   USTPRegion03.PH.ECF@usdoj.gov
                                                                                                                 TOTAL: 5

**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Robert C. Whitmire Jr.** | Social Security number or ITIN **xxx−xx−0258** |
| | First Name   Middle Name   Last Name | EIN  _ _−_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | **Cheryl A. Whitmire** | Social Security number or ITIN **xxx−xx−4761** |
| | First Name   Middle Name   Last Name | EIN  _ _−_ _ _ _ _ _ _ |

United States Bankruptcy Court  **Eastern District of Pennsylvania**

Case number:  **17−16711−amc**

# Order of Discharge                                                                 12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Robert C. Whitmire Jr.                                Cheryl A. Whitmire

1/11/18                                                **By the court:**  Ashely M. Chan
                                                                        United States Bankruptcy Judge

### Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

Official Form 318                              **Order of Discharge**                              page 1

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Official Form 318    **Order of Discharge**    page 2